IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN                                                    PLAINTIFF

VS.                              Case No. 03-CV-4074

JERRY CRANE, Sheriff; FRANK
McJUNKINS; MARK BURSE; and
JIM PARSONS                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 9, 2005 by the

Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of

Arkansas.  (Doc. 85)  Judge Shepherd recommends Defendants' Motion for Summary Judgment

(Doc. 75) be granted and this action be dismissed.  Plaintiff has not filed objections to the Report

and Recommendation.  Therefore, the Court adopts the Report and Recommendation *in toto*.

The Court finds Defendants' Motion for Summary Judgment should be and hereby is granted.

Munn's claims against Defendants are dismissed with prejudice.

IT IS SO ORDERED, this 24th day of August, 2005.

                                             /s/ Harry F. Barnes
                                             Hon. Harry F. Barnes
                                             U.S. District Court